# United States Court of Appeals for the Federal Circuit

June 26, 2009

ERRATA

Appeal No. 2008-5087

BELL BCI COMPANY v. UNITED STATES

Decided:  June 25, 2009                    Precedential Opinion

Please make the following change:

Page 8, footnote 1, line 1, please change "district court" to --Court of Federal Claims--.